ELECTRO LIFT v. EQUIPMENT CO.

No. 50 PC.

Case below: 4 N.C. App. 203.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


HIGHWAY COMM. v. REALTY CORP.

No. 45 PC.

Case below: 4 N.C. App. 215.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


McMANUS v. CHICK HAVEN FARMS

No. 44 PC.

Case below: 4 N.C. App. 177.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


ROSS v. SAMPSON

No. 49 PC.

Case below: 4 N.C. App. 270.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 19 May 1969.


SHORT v. HOSIERY MILLS

No. 47 PC.

Case below: 4 N.C. App. 290.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 May 1969.